UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-354-MOC

| KIERRA-MICHELLE PARKER, | ) | |
|---|---|---|
| Plaintiff, pro se, | ) | |
| vs. | ) | **ORDER** |
| JIMMY ELLIS on behalf of MERCEDES BENZ OF ATLANTA, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Plaintiff's pro se Motion for Voluntary Dismissal, (Doc. No. 15). The Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal, (Doc. No. 15), is **GRANTED**, and this action is dismissed without prejudice.

2. Defendant's Motion to Dismiss, (Doc. No. 6), Plaintiff's Motion to Strike the pending Motion to Dismiss, (Doc. No. 10), and Plaintiff's Motion for Entry of Default Judgment, (Doc. No. 11), are all **DENIED** as **MOOT**.

3. The Clerk is directed to terminate this action.

Signed: October 17, 2022

Max O. Cogburn Jr.
United States District Judge

1